Form 226 – 3004claimntc.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10854−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Britton
   304 Canterbury Way
   Princeton, NJ 08540

Social Security No.:
   xxx−xx−2372

Employer's Tax I.D. No.:

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

   Please be advised that Patricia Britton the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on January 2, 2019.

The Woods at Princeton Walk
c/o Pepper Hamilton
301 Carnegie Center Suite 400
Princeton, NJ 08543

Dated: January 3, 2019
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-10854-MBK
Patricia Britton                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: Jan 03, 2019
                                Form ID: 226             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db              +Patricia Britton,   304 Canterbury Way,    Princeton, NJ 08540-9480
517279624       +Aargon Agency,    Attn: Bankruptcy Department,   8668 Spring Mountain Rd,
                  Las Vegas, NV 89117-4132
517279627       +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
517279629       +The Woods at Princeton Walk,   c/o Pepper Hamilton,   301 Carnegie Center,   Suite 400,
                  Princeton, NJ 08540-6589
517323961       +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
517279631       +Wakefield & Associates,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 00:43:22     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517279625       +E-mail/Text: bkrpt@retrievalmasters.com Jan 04 2019 00:43:20
                  AMCA/American Medical Collection Agency,   Attention: Bankruptcy,
                  4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
517279626       +E-mail/Text: bankruptcy@usecapital.com Jan 04 2019 00:44:32    Capital Accounts,
                  Po Box 140065,   Nashville, TN 37214-0065
517401267        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 00:41:03
                  LVNV Funding, LLC its successors and assigns as,   assignee of CVF Consumer Acquisition,
                  Company,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517279628       +E-mail/Text: bkteam@selenefinance.com Jan 04 2019 00:42:26     Selene Finance Llc,
                  Po Box 422039,   Houston, TX 77242-4239
517279630       +E-mail/Text: vci.bkcy@vwcredit.com Jan 04 2019 00:43:33    Volkswagen Credit Inc,   PO Box 3,
                  Hillsboro, OR 97123-0003
517412809       +E-mail/Text: bkteam@selenefinance.com Jan 04 2019 00:42:26     Wilmington Savings Fund Society,
                  c/o Selene Finance,   9990 Richmond Ave, Suite 400 South,   Houston, TX 77042-4546
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517410963        Wilmington Savings Fund Society, FSB, doing busine,   c/o Knuckles, Komosinski & Manfro, LLP,
                  565 Taxter Road, Suite 590, Elmsford NY
517950022*      +The Woods at Princeton Walk,   c/o Pepper Hamilton,   301 Carnegie Center Suite 400,
                  Princeton, NJ 08540-6589
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Karen B. Olson    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for Bronze Creek Title
               Trust 2013-NPL1 kbo@kkmllp.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Patricia  Britton rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Sindi Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for Bronze Creek Title
               Trust 2013-NPL1 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7