Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−10854−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Britton
   304 Canterbury Way
   Princeton, NJ 08540

Social Security No.:
   xxx−xx−2372

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/28/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 1, 2019
JAN: kmf

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10854-MBK
Patricia Britton                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Mar 01, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
db              +Patricia Britton,    304 Canterbury Way,    Princeton, NJ 08540-9480
aty             +Jordan J. Manfro,    Knuckles, Komoskinski & Manfro, LLP,    565 Taxter Road, Suite 590,
                  Elmsford, NY 10523-2300
cr              +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LP,
                  565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300
517279627       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517279629       +The Woods at Princeton Walk,    c/o Pepper Hamilton,    301 Carnegie Center,    Suite 400,
                  Princeton, NJ 08540-6589
517323961       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517279631       +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2019 00:32:06      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2019 00:32:02      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517279625       +EDI: RMCB.COM Mar 02 2019 05:08:00      AMCA/American Medical Collection Agency,
                  Attention: Bankruptcy,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517279624       +EDI: AARGON.COM Mar 02 2019 05:08:00      Aargon Agency,    Attn: Bankruptcy Department,
                  8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517279626       +E-mail/Text: bankruptcy@usecapital.com Mar 02 2019 00:33:08      Capital Accounts,
                  Po Box 140065,   Nashville, TN 37214-0065
517401267        EDI: RESURGENT.COM Mar 02 2019 05:08:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of CVF Consumer Acquisition,    Company,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517279628       +E-mail/Text: bkteam@selenefinance.com Mar 02 2019 00:31:28      Selene Finance Llc,
                  Po Box 422039,   Houston, TX 77242-4239
517279630       +E-mail/Text: vci.bkcy@vwcredit.com Mar 02 2019 00:32:15      Volkswagen Credit Inc,    PO Box 3,
                  Hillsboro, OR 97123-0003
517412809       +E-mail/Text: bkteam@selenefinance.com Mar 02 2019 00:31:28      Wilmington Savings Fund Society,
                  c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517410963        Wilmington Savings Fund Society, FSB, doing busine,    c/o Knuckles, Komosinski & Manfro, LLP,
                  565 Taxter Road, Suite 590, Elmsford NY
lm*             +Selene Finance,    P.O. Box 422039,    Houston, TX 77242-4239
517950022*      +The Woods at Princeton Walk,    c/o Pepper Hamilton,    301 Carnegie Center Suite 400,
                  Princeton, NJ 08540-6589
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for Bronze Creek Title
               Trust 2013-NPL1 kbo@kkmllp.com
              Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Mar 01, 2019
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert C. Nisenson    on behalf of Debtor Patricia  Britton rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
           Christiana Trust, not in its individual capacity, but solely as trustee for Bronze Creek Title
           Trust 2013-NPL1 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 8